**John R. DARRAGH, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 02–3172.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2002.

Before BRYSON, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

**Noshi GERGES, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 02–3054.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2002.

Before MAYER, Chief Judge, SCHALL and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36